COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __BENNETH__  __DAVID__ _____
        (Last)         (First)      (Middle)

Prisoner Number: CDCR # V90090

Institutional Address: Salinas Valley State Prison P.O. Box #1050
Soledad, California # 93960-1050

FILED
MAY 11 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

David Benneth
(Enter your full name.)

vs.

Frank Moreno - (Owner 420 Lifestyles)
Andrew Dunn - (Employee @ Checks 2 Cash)

(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV 15 2114 WHA
(Leave blank; to be provided by Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  Salinas Valley State Prison

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: Because its a civil suit pertaining to an individuals not in custody who violated my constitutional rights under civil rights act 42 U.S.C. § 1983

COMPLAINT Page 1 of 4

2. First formal level: SEE liNE 24; pAge 1 Section D & pAge 2; section F

3. Second formal level: SEE liNE 24; pAge 1 Section D & pAge 2; section F

4. Third formal level: SEE liNE 24; pAge 1 Section D & pAge 2; section F

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
becAuse my civil suit is AgAinst Someone other than CAliforniA Department of Corrections And Rehabilitation.

II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
DAvid Bennett - SAliNAs VAlley StAte prison
P.O. Box # 1050
SoleDAD, CAliforNiA  # 93960-1050

B. For each defendant, provide full name, official position and place of employment.
FRANK MoreNo - OWNER 420 Lifestyles - locATed
       At 2345 WiNchester Blvd
       Suite # E
       CAmBell, CAliforniA # 95008
ANdReW Dunn - Employee Checks 2Cash
       2345 Winchester Blvd Suite # B
       Cambell, CAliforNiA # 95008

COMPLAINT Page 2 of 4

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 3-2-2011 the police illegally obtained evidence from FRANK MORENO OWNER of 420 lifestyles, by turning over evidence with out a warrent. I am now mentally suffering from what Frank Moreno did; he clearly violated my 4th Amendment by turning such evidence over the police department without a proper warrent. On September 17th 1787 the united states Constitution was Established to protect All men and women from illegal violation of the law, in Artical (1) Section(s) of the united states Constitution, it clearly states, A (continued: SEE Attached)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I SEEK up to $1,500 Hundred per Day of my incarseration that I had to spend unlawfully in prison; plus 3 million dollars "punitive Damages" I have suffered A great deal "mentally" due to (PG ADD ON)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___ day of April, 20 15

✗ _____
(Plaintiff's signature)

*Please continue to the next page.*

COMPLAINT Page 3 of 4

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this ___ day of April, 2015

X _____
(Plaintiff's signature)

COMPLAINT *Page 4 of 4*

# State of Claim

On that sameday on March 2nd or around that day At A business called (Checks too Cash); located At 3245 Winchester Blvd Suite "B, Campbell, CA; A Andrew Dunn An Employee of Checks 2 Cash, Did intentionally and Racially turn over an Application and or Video with my personal information, without A warrent violating my 4th Amendment, to the Santa Clara police Department. Andrew Dunn Racially pick my Application the only black man and told the police its him, out of All Applicates that were done that day; he Andrew Dunn with No Respect to the law violated my 4th Amendment; As A citizen of the United States Mr. Andrew Dunn, shouldnt of violated my rights he should of know better. You cant close your blinders to the Constitution, it is cut and dry and If one Violates the Constitution he should be held liable for his Actions.

I am A United States Citizen and payed my taxes up until the date of this incident, I was A Construction worker, sense that trasic day, I Now Suffer From Severe (ptSD); and severe depression; Im Now under Medication and Mental Health care due to Mr. Andrew Dunns and Frank Moreno's Actions AGAinst me; I Always beliefed in



JRT PAPER
TE OF CALIFORNIA
113 (REV. 3-95)
98 10924

## State of Claim

1. individual has a Right to privacy of his
2. or her property without illegal Search and
3. seizure, it clearly states one must have probable
4. cause or a warrent from an appointed Judge
5. appointed by the people and there wasnt a
6. warrent or probable cause, in saying that
7. you will see that Frank Moreno of 420
8. lifestyles Turned over private and confidential
9. paperwork and or video, that he shouldnt
10. of turned over; in doing that he clearly violated
11. my 4th Amendment, he malisely turn over privated
12. Documents; when he did that frank moreno was
13. proved to be sued. I David Bennett have the
14. Right to privacy as a United States Citizen.
15.    In or around March 2nd 2011; Frank
16. Moreno did have a conversation with Santa
17. Clara police Department and at that time he
18. illegally turned over evidence, "private information"
19. or "Documentation" without a proper warrent, which
20. by doing so on that date did intentionally
21. violated my constutional Rights - the right to
22. Search-n-Seziure without a warrent, and by
23. doing so I was Arrested and convicted for
24. a crime, that wasnt even me. I now suffer
25. because of Mr. Morenos illegal Actions, I
26. suffer mentally and physically from the Actions
27. of that day.


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

## State of Claim

1. Our Justice System, Now I belief its for
2. All men and women As long As Yar Not
3. Black:
4.
5.     Everything written in this Complaint
6. is True and correct to the best of my
7. Knowledge.

David Bennett
CDCR # V90090
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

## Relief Continued

1. Mr. Moreno and Mr. Dunns actions. I am
2. protected by the 4th Amendment of the
3. United States Constitution; and by them
4. intentionally violating my rights as a
5. citizen, I now sit in prison for a crime
6. I didnt commit. I suffer everyday with
7. depression and Mental Illness, Also Abuse
8. By California Department of Corrections. Staff
9.     I ask the honorable court to
10. award such damages to me because of
11. what has happen and how I suffer. If it
12. wasnt for the intentional actions of Mr. Dunn
13. and Mr. Moreno; I wouldnt be where I am
14. today. Im a reasonable man and will settle
15. for something reasonable as well as both
16. individuals must admit they violated my
17. Rights and broke the law.

David Bennett #V90090
Salinas Valley State Prison
P.O. Box 1050 A4-118
Soledad, CA 93960

RECEIVED
MAY 07 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

Pro Se Office of the clerk
Northern District Court
New 450 Golden Gate Ave
San Francisco, CA 94102

LEGAL MAIL

LEGAL MAIL